Exhibit 1

Int. Cls.: 5 and 25

Prior U.S. Cls.: 18 and 39

Reg. No. 1,402,824

## United States Patent and Trademark Office

Registered July 29, 1986

### TRADEMARK
### PRINCIPAL REGISTER

## GOLD'S

GOLD'S GYM ENTERPRISES, INC. (CALIFOR-
NIA CORPORATION)
360 HAMPTON DRIVE
VENICE, CA 90291

FOR: DIETARY FOOD SUPPLEMENTS AND
VITAMINS, IN CLASS 5 (U.S. CL. 18).
FIRST USE 2-0-1974; IN COMMERCE
2-0-1974.
FOR: ATHLETIC CLOTHING, NAMELY,
SHIRTS, SHORTS, TANK TOPS, WARM UP

SUITS, INCLUDING PANTS AND JACKETS,
AND POSING TRUNKS, IN CLASS 25 (U.S. CL.
39).
FIRST USE 2-0-1974; IN COMMERCE
2-0-1974.
OWNER OF U.S. REG. NOS. 1,210,685, 1,214,046
AND OTHERS.

SER. NO. 575,041, FILED 12-23-1985.

MARY E. HANNON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,543,662

## United States Patent and Trademark Office

Registered June 13, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## GOLD'S

GOLD'S GYM ENTERPRISES (CALIFORNIA CORPORATION)
360 HAMPTON DRIVE
VENICE, CA 90291

FOR: SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-3-1988; IN COMMERCE 8-3-1988.

OWNER OF U.S. REG. NO. 1,402,824 AND OTHERS.

SER. NO. 758,131, FILED 10-17-1988.

ANNE L. CORNELIUS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Reg. No. 1,214,046
Registered Oct. 26, 1982

## TRADEMARK
### Principal Register

## GOLD'S GYM

Gold's Gym Enterprises, Inc. (California corporation)
1452 Second St.
Santa Monica, Calif. 90401

For: ATHLETIC CLOTHING—NAMELY, SHIRTS, SHORTS, TANK TOPS, WARM UP SUITS, INCLUDING PANTS AND JACKETS, AND POSING TRUNKS, in CLASS 25 (U.S. Cl. 39).

First use Feb. 1974; in commerce Feb. 1974.

The word "Gym" apart from the mark as shown is disclaimed.

Ser. No. 259,889, filed Apr. 28, 1980.

W. A. CONN, Primary Examiner

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,053,953

## United States Patent and Trademark Office

Registered Apr. 22, 1997

### TRADEMARK
### PRINCIPAL REGISTER

## GOLD'S GYM

GOLD'S GYM ENTERPRISES, INC. (CALIFOR-
NIA CORPORATION)
358 HAMPTON DRIVE
VENICE, CA 90291

FOR: WEIGHT LIFTING BELTS, WEIGHT
LIFTING GLOVES, WEIGHT BELT STRAPS
AND WRIST STRAPS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 12-1-1989; IN COMMERCE
12-1-1989.

OWNER OF U.S. REG. NOS. 1,203,098, 1,845,939
AND OTHERS.

SER. NO. 74-690,375, FILED 6-19-1995.

DONNA MIRMAN, EXAMINING ATTORNEY

Int. Cls.: 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 39 and 41

**Reg. No. 2,068,400**

## United States Patent and Trademark Office

Registered June 10, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## GOLD'S GYM

GOLD'S GYM ENTERPRISES, INC. (CALIFOR-
NIA CORPORATION)
358 HAMPTON DRIVE
VENICE, CA 90291

    FOR: ALL PURPOSE SPORT BAGS, TOTE
BAGS AND KNAPSACKS, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).

    FIRST USE 12–1–1989; IN COMMERCE
12–1–1989.

FOR: SWEAT BANDS AND HATS, IN CLASS
25 (U.S. CLS. 22 AND 39).
    FIRST USE 12–1–1989; IN COMMERCE
12–1–1989.
    OWNER OF U.S. REG. NOS. 1,203,098, 1,845,939
AND OTHERS.

    SER. NO. 74–690,386, FILED 6–19–1995.

BARBARA A. LOUGHRAN, EXAMINING AT-
TORNEY

# United States of America

## United States Patent and Trademark Office

# GOLD'S GYM

**Reg. No. 5,017,462**

**Registered Aug. 09, 2016**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Gold's Gym Licensing LLC (DELAWARE LIMITED LIABILITY COMPANY)
Suite 200, 4001 Maple Avenue
Dallas, TX 75219

CLASS 7: Electric food blender

FIRST USE 11-30-2012; IN COMMERCE 11-30-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-860,553, FILED 12-29-2015

RAMONA ORTIGA PALMER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GOLD'S GYM

**Reg. No. 5,140,099**

**Registered Feb. 14, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Gold's Gym Licensing LLC (DELAWARE LIMITED LIABILITY COMPANY)
Suite 200, 4001 Maple Avenue
Dallas, TX 75219

CLASS 21: Containers, namely, bottles with internal agitators for mixing ingredients and shaker cups, sold empty; containers, namely, bottles with non-electric internal agitators for mixing ingredients, for beverages, liquid foods, and/or powdered foods, sold empty; Non-electric food and beverage blenders and blender agitators; containers, namely, plastic or aluminum containers for use with beverages, liquid foods, dry and/or powdered foods, sold empty; Insulated beverage containers, sold empty; Drinking bottles for sports, sold empty; Beverage sports bottles, sold empty; Water bottles, sold empty; Plastic water bottles, sold empty; Aluminum water bottles, sold empty; cups; plastic water bottle holders and attached carabiner clip sold as a unit

FIRST USE 2-28-2011; IN COMMERCE 2-28-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-860,678, FILED 12-29-2015
RAMONA ORTIGA PALMER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GOLD'S GYM

**Reg. No. 5,549,133**

**Registered Aug. 28, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Gold's Gym Licensing LLC (DELAWARE LIMITED LIABILITY COMPANY)
4001 Maple Avenue, Suite 200
Dallas, TEXAS 75219

CLASS 25: Footwear

FIRST USE 5-19-2016; IN COMMERCE 5-19-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5227382, 2068400, 1214046

No claim is made to the exclusive right to use the following apart from the mark as shown: "GYM"

SER. NO. 87-679,075, FILED 11-09-2017

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058,  1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# GOLD'S GYM EXPRESS

**Reg. No. 4,645,424**
**Registered Nov. 25, 2014**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

GOLD'S GYM LICENSING LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200
4001 MAPLE AVENUE
DALLAS, TX 75219

FOR: CLOTHING, NAMELY, SHIRTS, TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2011; IN COMMERCE 12-31-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,214,046, 2,068,400, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GYM", APART FROM THE MARK AS SHOWN.

SN 85-272,479, FILED 3-21-2011.

RAMONA ORTIGA, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GOLD'SFIT

**Reg. No. 5,142,058**

**Registered Feb. 14, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Gold's Gym Licensing LLC (DELAWARE LIMITED LIABILITY COMPANY)
Suite 200
4001 Maple Avenue
Dallas, TX 75219

CLASS 25: Clothing, namely, shirts and hats

FIRST USE 11-00-2013; IN COMMERCE 11-00-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2068400, 1214046, 1968266

SER. NO. 86-030,103, FILED 08-06-2013
LEIGH CAROLINE CASE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cls.: 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 22, 39 and 41**

**United States Patent and Trademark Office**

**Reg. No. 2,062,562**

Registered May 20, 1997

## TRADEMARK
### PRINCIPAL REGISTER



GOLD'S GYM ENTERPRISES, INC. (CALIFOR-
NIA CORPORATION)
358 HAMPTON DRIVE
VENICE, CA 90291

FOR: CLOTH AND SYNTHETIC GOODS,
NAMELY, ALL PURPOSE SPORT BAGS, TOTE
BAGS AND KNAPSACKS, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).
FIRST USE 10-0-1989; IN COMMERCE
10-0-1989.

FOR: CLOTH AND SYNTHETIC GOODS,
NAMELY, SWEAT BANDS AND HATS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10-0-1989; IN COMMERCE
10-0-1989.
OWNER OF U.S. REG. NOS. 1,203,098, 1,845,939
AND OTHERS.

SER. NO. 74-690,387, FILED 6-19-1995.

N LEETZOW, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,249,465**

Registered June 5, 2007

## TRADEMARK
### PRINCIPAL REGISTER



GOLD'S GYM LICENSING LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 1300
125 EAST JOHN CARPENTER FREEWAY
IRVING, TX 75062

FOR: CLOTHING, NAMELY SHIRTS, TANK TOPS, SHORTS, TRUNKS, WARM-UP SUITS, PANTS, JACKETS, SHOES, SWEAT BANDS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-31-1989; IN COMMERCE 10-31-1989.

OWNER OF U.S. REG. NOS. 1,835,743, 2,068,399 AND OTHERS.

SER. NO. 78-942,370, FILED 8-1-2006.

JASON BLAIR, EXAMINING ATTORNEY

**Int. Cls.: 25, 28 and 41**

**Prior U.S. Cls.: 22, 23, 38, 39, 50, 100, 101 and 107**

## United States Patent and Trademark Office

Reg. No. 3,296,366

Registered Sep. 25, 2007

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



GOLD'S GYM LICENSING LLC (DELAWARE LTD LIAB CO)
SUITE 1300
125 EAST JOHN CARPENTER FREEWAY
IRVING, TX 75062

FOR: CLOTHING, NAMELY SHIRTS, TANK TOPS, SHORTS, TRUNKS, WARM-UP SUITS, PANTS, JACKETS, SHOES, SWEAT BANDS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

FOR: GYMNASIUM, EXERCISE AND FITNESS EQUIPMENT, NAMELY, WEIGHTLIFTING MACHINES, EXERCISE MACHINES, EXERCISE WEIGHTS, WEIGHTLIFTING BENCHES, EXERCISE BENCHES, EXERCISE BALLS, BALANCE BOARDS, EXERCISE TREADMILLS, STATIONARY BICYCLES, ELLIPTICAL EXERCISE MACHINES, DUMBBELLS, BARBELLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

FOR: GYMNASIUM SERVICES; FITNESS SERVICES, NAMELY PHYSICAL FITNESS CONSULTATION AND INSTRUCTION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

OWNER OF U.S. REG. NOS. 1,835,743, 2,096,382 AND OTHERS.

SER. NO. 77-032,541, FILED 10-30-2006.

JASON BLAIR, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,017,465**

**Registered Aug. 09, 2016**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Gold's Gym Licensing LLC (DELAWARE LIMITED LIABILITY COMPANY)
Suite 200, 4001 Maple Avenue
Dallas, TX 75219

CLASS 7: Electric food blender

FIRST USE 11-30-2012; IN COMMERCE 11-30-2012

The mark consists of a man in silhouette lifting a barbell.

SER. NO. 86-860,560, FILED 12-29-2015

RAMONA ORTIGA PALMER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,140,101**

**Registered Feb. 14, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Gold's Gym Licensing LLC (DELAWARE LIMITED LIABILITY COMPANY)
Suite 200, 4001 Maple Avenue
Dallas, TX 75219

CLASS 21: Containers, namely, bottles with internal agitators for mixing ingredients and shaker cups, sold empty; containers, namely, bottles with non-electric internal agitators for mixing ingredients, for beverages, liquid foods, and/or powdered foods, sold empty; Non-electric food and beverage blenders and blender agitators; containers, namely, plastic or aluminum containers for use with beverages, liquid foods, dry and/or powdered foods, sold empty; Insulated beverage containers, sold empty; Drinking bottles for sports, sold empty; Beverage sports bottles, sold empty; Water bottles, sold empty; Plastic water bottles, sold empty; Aluminum water bottles, sold empty; cups; plastic water bottle holders and attached carabiner clip sold as a unit

FIRST USE 2-28-2011; IN COMMERCE 2-28-2011

The mark consists of a man in silhouette lifting a barbell.

SER. NO. 86-860,691, FILED 12-29-2015
RAMONA ORTIGA PALMER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*


**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,002,430
Registered Sep. 24, 1996

## TRADEMARK
### PRINCIPAL REGISTER



GOLD'S GYM ENTERPRISES, INC. (CALIFOR-
NIA CORPORATION)
358 HAMPTON DRIVE
VENICE, CA 90291

FOR: ATHLETIC CLOTHING, NAMELY
SHIRTS, SHORTS, TANK TOPS, WARM UP
SUITS, PANTS, JACKETS, POSING TRUNKS,
SWEATSHIRTS, AND HATS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 2-0-1977; IN COMMERCE
2-0-1977.

OWNER OF U.S. REG. NOS. 1,227,849, 1,845,939
AND OTHERS.

SER. NO. 74-659,408, FILED 4-4-1995.

DONNA MIRMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,645,427**

**Registered Nov. 25, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

GOLD'S GYM LICENSING LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200
4001 MAPLE AVENUE
DALLAS, TX 75219

FOR: CLOTHING, NAMELY, SHIRTS, TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2011; IN COMMERCE 12-31-2011.

OWNER OF U.S. REG. NOS. 1,968,266, 2,068,399, AND OTHERS.

THE MARK CONSISTS OF CONCENTRIC CIRCLES CONSISTING OF 2 BANDS AROUND A CIRCLE IN WHICH STANDS A WEIGHTLIFTER.

SN 85-282,679, FILED 3-31-2011.

RAMONA ORTIGA, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,968,266
Registered Apr. 16, 1996

## TRADEMARK
### PRINCIPAL REGISTER



GOLD'S GYM ENTERPRISES, INC. (CALIFOR-
NIA CORPORATION)
358 HAMPTON DRIVE
VENICE, CA 90291

FOR: ATHLETIC CLOTHING, NAMELY
SHIRTS, SHORTS, TANK TOPS, WARM-UP
SUITS, INCLUDING PANTS, JACKETS AND
POSING TRUNKS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 10-0-1989; IN COMMERCE
10-0-1989.

OWNER OF U.S. REG. NOS. 1,564,470, 1,835,743
AND OTHERS.

SER. NO. 74-656,423, FILED 4-5-1995.

DONNA MIRMAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,912,864**

**Registered Mar. 8, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

GOLD'S GYM LICENSING LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, 4001 MAPLE AVENUE
DALLAS, TX 75219

FOR: ATHLETIC CLOTHING, NAMELY, SHIRTS, SHORTS, TANK TOPS, WARM UP SUITS, INCLUDING PANTS AND JACKETS, SWEATSHIRTS, HOODIES, T-SHIRTS, LONG SLEEVED SHIRTS, JERSEYS, POLO SHIRTS AND POSING TRUNKS; SWEAT BANDS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GYM", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "GOLD'S GYM" AND THE DESIGN OF A WEIGHTLIFTER IN SILHOUETTE FORM LIFTING A BARBELL INSIDE THE DESIGN OF A WEIGHT PLATE.

SER. NO. 86-670,104, FILED 6-22-2015.

JEFFERY COWARD, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,017,464**

**Registered Aug. 09, 2016**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

Gold's Gym Licensing LLC (DELAWARE LIMITED LIABILITY COMPANY)
Suite 200, 4001 Maple Avenue
Dallas, TX 75219

CLASS 7: Electric food blender

FIRST USE 11-30-2012; IN COMMERCE 11-30-2012

The mark consists of the words "GOLD'S GYM" and a weightlifter in silhouette inside a weight plate.

SER. NO. 86-860,556, FILED 12-29-2015

RAMONA ORTIGA PALMER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,227,382**

**Registered Jun. 20, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Gold's Gym Licensing LLC (DELAWARE LIMITED LIABILITY COMPANY)
4001 Maple Avenue, Suite 200
Dallas, TX 75219

CLASS 25: Footwear

FIRST USE 5-19-2016; IN COMMERCE 5-19-2016

The mark consists of the words "GOLD'S GYM" and a weightlifter in silhouette inside a weight plate.

No claim is made to the exclusive right to use the following apart from the mark as shown: "GYM"

SER. NO. 87-232,914, FILED 11-10-2016
JUSTINE D PARKER, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,140,100**

**Registered Feb. 14, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Gold's Gym Licensing LLC (DELAWARE LIMITED LIABILITY COMPANY)
Suite 200, 4001 Maple Avenue
Dallas, TX 75219

CLASS 21: Containers, namely, bottles with internal agitators for mixing ingredients and shaker cups, sold empty; containers, namely, bottles with non-electric internal agitators for mixing ingredients, for beverages, liquid foods, and/or powdered foods, sold empty; Non-electric food and beverage blenders and blender agitators; containers, namely, plastic or aluminum containers for use with beverages, liquid foods, dry and/or powdered foods, sold empty; Insulated beverage containers, sold empty; Drinking bottles for sports, sold empty; Beverage sports bottles, sold empty; Water bottles, sold empty; Plastic water bottles, sold empty; Aluminum water bottles, sold empty; cups; Plastic water bottle holders and attached carabiner clip sold as a unit

FIRST USE 2-28-2011; IN COMMERCE 2-28-2011

The mark consists of the words "GOLD'S GYM" and a weightlifter in silhouette inside a weight plate.

SER. NO. 86-860,686, FILED 12-29-2015
RAMONA ORTIGA PALMER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.