## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GOLD'S GYM LICENSING LLC,

        Plaintiff,

v.

CHOYNSUNDAY OFFICIAL STORE, et al.,

        Defendants.

Case No. 20-cv-00524

**Judge John Robert Blakey**

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff Gold's Gym Licensing LLC's ("Gold's Gym" or "Plaintiff") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified in Schedule A to the Amended Complaint and attached hereto (the "Defendants") and using the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A (the "Seller Aliases").

THIS COURT HEREBY FINDS, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept

payment in U.S. dollars and, on information and belief, have sold products using infringing and counterfeit versions of Gold's Gym's federally registered trademarks ("GOLD'S GYM Trademarks") to residents of Illinois (a list of which is included in the below chart).

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 1,402,824 | GOLD'S | For: Athletic clothing, namely, shirts, shorts, tank tops, warm up suits, including pants and jackets, and posing trunks in class 025. |
| 1,214,046 | GOLD'S GYM | For: Athletic clothing-namely, shirts, shorts, tank tops, warm up suits, including pants and jackets, and posing trunks in class 025. |
| 2,053,953 | GOLD'S GYM | For: Weight lifting belts, weight lifting gloves, weight belt straps and wrist straps in class 028. |
| 2,068,400 | GOLD'S GYM | For: All purpose sport bags, tote bags and knapsacks in class 018.<br><br>For: Sweat bands and hats in class 025. |
| 5,017,462 | GOLD'S GYM | For: Electric food blender in class 007. |
| 5,140,099 | GOLD'S GYM | For: Containers, namely, bottles with internal agitators for mixing ingredients and shaker cups, sold empty; containers, namely, bottles with non-electric internal agitators for mixing ingredients, for beverages, liquid foods, and/or powdered foods, sold empty; non-electric food and beverage blenders and blender agitators; containers, namely, plastic or aluminum containers for use with |

| | | |
|---|---|---|
| | | beverages, liquid foods, dry and/or powdered foods, sold empty; insulated beverage containers, sold empty; drinking bottles for sports, sold empty; beverage sports bottles, sold empty; water bottles, sold empty; plastic water bottles, sold empty; aluminum water bottles, sold empty; cups; plastic water bottle holders and attached carabiner clip sold as a unit in class 021. |
| 5,549,133 | GOLD'S GYM | For: Footwear in class 025. |
| 4,645,424 | GOLD'S GYM EXPRESS | For: Clothing, namely, shirts, tank tops in class 025. |
| 5,142,058 | GOLD'SFIT | For: Clothing, namely, shirts and hats in class 025. |
| 2,062,562 | | For: Cloth and synthetic goods, namely, all purpose sport bags, tote bags and knapsacks in class 018. |
| 3,249,465 | | For: Clothing, namely shirts, tank tops, shorts, trunks, warm-up suits, pants, jackets, shoes, sweat bands and hats in class 025. |
| 3,296,366 | | For: Clothing, namely shirts, tank tops, shorts, trunks, warm-up suits, pants, jackets, shoes, sweat bands and hats in class 025.<br><br>For: Gymnasium, exercise and fitness equipment, namely, weightlifting machines, exercise machines, exercise weights, weightlifting benches, exercise benches, exercise balls, balance boards, exercise treadmills, stationary bicycles, elliptical exercise machines, dumbbells, barbells in class 028.<br><br>For: Gymnasium services; fitness services, namely physical fitness |

3

| | | |
|---|---|---|
| | | consultation and instruction in class 041. |
| 5,017,465 | | For: Electric food blender in class 007. |
| 5,140,101 | | For: Containers, namely, bottles with internal agitators for mixing ingredients and shaker cups, sold empty; containers, namely, bottles with non-electric internal agitators for mixing ingredients, for beverages, liquid foods, and/or powdered foods, sold empty; non-electric food and beverage blenders and blender agitators; containers, namely, plastic or aluminum containers for use with beverages, liquid foods, dry and/or powdered foods, sold empty; insulated beverage containers, sold empty; drinking bottles for sports, sold empty; beverage sports bottles, sold empty; water bottles, sold empty; plastic water bottles, sold empty; aluminum water bottles, sold empty; cups; plastic water bottle holders and attached carabiner clip sold as a unit in class 021. |
| 2,002,430 | | For: Athletic clothing, namely shirts, shorts, tank tops, warm up suits, pants, jackets, posing trunks, sweatshirts, and hats in class 025. |
| 4,645,427 | | For: Clothing, namely, shirts, tank tops in class 025. |

| | | |
|---|---|---|
| 1,968,266 | | For: Athletic clothing, namely shirts, shorts, tank tops, warm-up suits, including pants, jackets and posing trunks in class 025. |
| 4,912,864 | | For: Athletic clothing, namely, shirts, shorts, tank tops, warm up suits, including pants and jackets, sweatshirts, hoodies, t-shirts, long sleeved shirts, jerseys, polo shirts and posing trunks; sweat bands and hats in class 025. |
| 5,017,464 | | For: Electric food blender in class 007. |
| 5,227,382 | | For: Footwear in class 025. |
| 5,140,100 | | For: Containers, namely, bottles with internal agitators for mixing ingredients and shaker cups, sold empty; containers, namely, bottles with non-electric internal agitators for mixing ingredients, for beverages, liquid foods, and/or powdered foods, sold empty; non-electric food and beverage blenders and blender agitators; containers, namely, plastic or aluminum containers for use with beverages, liquid foods, dry and/or powdered foods, sold empty; insulated beverage containers, sold empty; drinking bottles for sports, sold empty; beverage sports bottles, sold empty; water bottles, sold empty; plastic water bottles, sold empty; aluminum water |

| | | bottles, sold empty; cups; plastic water bottle holders and attached carabiner clip sold as a unit in class 21. |
|---|---|---|

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Gold's Gym's previously granted Motion for Entry of a Temporary Restraining Order establishes that Gold's Gym has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Gold's Gym will suffer irreparable harm if the injunction is not granted. Specifically, Gold's Gym has proved a *prima facie* case of trademark infringement because (1) the GOLD'S GYM Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the GOLD'S GYM Trademarks, and (3) Defendants' use of the GOLD'S GYM Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Gold's Gym  Furthermore, Defendants' continued and unauthorized use of the GOLD'S GYM Trademarks irreparably harms Gold's Gym through diminished goodwill and brand confidence, damage to Gold's Gym's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Gold's Gym has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to

dispel the public confusion created by Defendants' actions.  As such, this Court orders that:

1.  Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

    a.  using the GOLD'S GYM Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Gold's Gym product or not authorized by Gold's Gym to be sold in connection with the GOLD'S GYM Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Gold's Gym product or any other product produced by Gold's Gym, that is not Gold's Gym's or not produced under the authorization, control or supervision of Gold's Gym and approved by Gold's Gym for sale under the GOLD'S GYM Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Gold's Gym, or are sponsored by, approved by, or otherwise connected with Gold's Gym;

    d.  further infringing the GOLD'S GYM Trademarks and damaging Gold's Gym's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Gold's Gym, nor authorized by Gold's Gym to be sold or offered for sale, and which bear any of Gold's Gym's trademarks, including the GOLD'S GYM Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Gold's Gym's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Gold's Gym expedited discovery, including copies of all documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online

Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c.  any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Amazon Pay, Wish.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.  Upon Gold's Gym's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within three (3) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the GOLD'S GYM Trademarks.

4.  Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets in any financial accounts connected to the information listed in Schedule A hereto until further ordered by this Court.

5.  Any Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, shall, within three (3) business days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 4 to the Declaration of Jamie Wolfe, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.    Gold's Gym is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a.  the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces.

Gold's Gym is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within five (5) business days of being served via e-mail.

7.    Gold's Gym may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 4 to the Declaration of Jamie Wolfe and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "CHOYNSUNDAY OFFICIAL STORE and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.    Plaintiff's Amended Complaint [11] and Exhibits 1-3 thereto [11-1], [11-2], [11-3], Schedule A to the Complaint [7] and the Amended Complaint [11-4], Exhibit 4 to the Declaration of Jamie Wolfe [16], and the TRO [26] are unsealed.

9.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10.     The $10,000 bond posted by Gold's Gym shall remain with the Court until a

        Final disposition of this case or until this Preliminary Injunction is terminated.


***So ordered.***

Dated:  March 3, 2020              Entered:

                                   _____
                                   John Robert Blakey
                                   United States District Judge

**GOLD'S GYM LICENSING, LLC v. CHOYNSUNDAY OFFICIAL STORE, et al. - Case No. 20-cv-524**

### Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | ChoynSunday Official Store | 2 | ChoynSunday YCloud Store |
| 3 | D&Ke Store | 4 | Dreamkeel Men Store |
| 5 | Dreamkeel Store | 6 | European high quality brand stores |
| 7 | GFashion Clothes Store | 8 | huining Entertainment Store |
| 9 | Shop4998485 Store | 10 | the stylish clan store |
| 11 | THREEGUN Official Store | 12 | UUListnyou Store |
| 13 | ZOGGA3 Store | 14 | 3D Apperal Store |
| 15 | BIGSHINE Official Store | 16 | brothers Store |
| 17 | EFINNY First Store | 18 | Epiphany Store |
| 19 | Fashion888 Store | 20 | FashionLook GO Store |
| 21 | Ging ruo Store | 22 | global clothes store |
| 23 | Goddess's Almirah Store | 24 | GYMSportswear Store |
| 25 | hide on bush Store | 26 | honghongno6 Store |
| 27 | JUCHU TOP Official Store | 28 | JUNYQ Official Store |
| 29 | lingdang Store | 30 | MANZHIXISE MEN'S FACTORY Store |
| 31 | Millersmart1 Store | 32 | MOKMORSMclothing NO.666 Store Store |
| 33 | Musical World Store | 34 | MZLQS Store |
| 35 | Offer Dropshipping for Male Store | 36 | Ph8law Store |
| 37 | Shark bay Official Store | 38 | shokotano store |
| 39 | Shop1352207 Store | 40 | Shop2848028 Store |
| 41 | Shop3177035 Store | 42 | Shop4655013 Store |
| 43 | Shop4918041 Store | 44 | Shop5066113 Store |
| 45 | Shop5068466 Store | 46 | Shop5080042 Store |
| 47 | Shop5376248 Store | 48 | Shop5378071 Store |
| 49 | Shop5381069 Store | 50 | Shop5384192 Store |
| 51 | Shop5433123 Store | 52 | Shop5437101 Store |
| 53 | Shop5440090 Store | 54 | Shop5493247 Store |
| 55 | Shop5521027 Store | 56 | Shop5525016 Store |
| 57 | YK UNCLE Official Store | 58 | ZOGAA Bestest Store |
| 59 | ZOGAA11 Store | 60 | WendyShop |
| 61 | dauntlesshome | 62 | supercosmos8 |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 63 | zgy36829 | 64 | DISMISSED |
| 65 | Ai Wang Technology | 66 | DISMISSED |
| 67 | DISMISSED | 68 | animation doll andy toys |
| 69 | asiya | 70 | DISMISSED |
| 71 | DISMISSED | 72 | cxwStore |
| 73 | DISMISSED | 74 | DISMISSED |
| 75 | dengxu | 76 | DISMISSED |
| 77 | fashionmall2050 | 78 | DISMISSED |
| 79 | Flying spoon | 80 | DISMISSED |
| 81 | DISMISSED | 82 | huayushuhuayi |
| 83 | DISMISSED | 84 | jinkexiaopu |
| 85 | DISMISSED | 86 | kaikaide |
| 87 | ksasm | 88 | KUANGMENGFAN |
| 89 | Liang Liang's Store | 90 | lifukui |
| 91 | DISMISSED | 92 | Magical Store |
| 93 | DISMISSED | 94 | Merry Stores |
| 95 | DISMISSED | 96 | parrati |
| 97 | sexyblackrose | 98 | Small_White |
| 99 | tingzhenzhu | 100 | topmnoth |
| 101 | DISMISSED | 102 | DISMISSED |
| 103 | wujiachao | 104 | xwhstore |
| 105 | ylf88888 | 106 | zhuping1314 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/4261002 | 2 | aliexpress.com/store/2928079 |
| 3 | aliexpress.com/store/4689116 | 4 | aliexpress.com/store/4717012 |
| 5 | aliexpress.com/store/4601009 | 6 | aliexpress.com/store/1756089 |
| 7 | aliexpress.com/store/3486067 | 8 | aliexpress.com/store/1973188 |
| 9 | aliexpress.com/store/4998485 | 10 | aliexpress.com/store/3144054 |
| 11 | aliexpress.com/store/3009036 | 12 | aliexpress.com/store/4695143 |
| 13 | aliexpress.com/store/4470051 | 14 | aliexpress.com/store/3664042 |
| 15 | aliexpress.com/store/1629295 | 16 | aliexpress.com/store/3515009 |
| 17 | aliexpress.com/store/2908019 | 18 | aliexpress.com/store/5367241 |
| 19 | aliexpress.com/store/2851045 | 20 | aliexpress.com/store/4420108 |
| 21 | aliexpress.com/store/2967010 | 22 | aliexpress.com/store/1017224 |
| 23 | aliexpress.com/store/4682011 | 24 | aliexpress.com/store/3875069 |
| 25 | aliexpress.com/store/3102094 | 26 | aliexpress.com/store/5491037 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 27 | aliexpress.com/store/4658140 | 28 | aliexpress.com/store/439475 |
| 29 | aliexpress.com/store/3220150 | 30 | aliexpress.com/store/4418126 |
| 31 | aliexpress.com/store/3507070 | 32 | aliexpress.com/store/1165217 |
| 33 | aliexpress.com/store/2654198 | 34 | aliexpress.com/item/32995706421 |
| 35 | aliexpress.com/store/5080064 | 36 | aliexpress.com/store/5002267 |
| 37 | aliexpress.com/store/5043254 | 38 | aliexpress.com/store/3664010 |
| 39 | aliexpress.com/store/1352207 | 40 | aliexpress.com/store/2848028 |
| 41 | aliexpress.com/store/3177035 | 42 | aliexpress.com/store/4655013 |
| 43 | aliexpress.com/store/4918041 | 44 | aliexpress.com/store/5066113 |
| 45 | aliexpress.com/store/5068466 | 46 | aliexpress.com/store/5080042 |
| 47 | aliexpress.com/store/5376248 | 48 | aliexpress.com/store/5378071 |
| 49 | aliexpress.com/store/5381069 | 50 | aliexpress.com/store/5384192 |
| 51 | aliexpress.com/store/5433123 | 52 | aliexpress.com/store/5437101 |
| 53 | aliexpress.com/store/5440090 | 54 | aliexpress.com/store/5493247 |
| 55 | aliexpress.com/store/5521027 | 56 | aliexpress.com/store/5525016 |
| 57 | aliexpress.com/store/2180093 | 58 | aliexpress.com/store/5492212 |
| 59 | aliexpress.com/store/4999027 | 60 | amazon.com/sp?seller=A2OJJWBK4JL90J |
| 61 | ebay.com/usr/dauntlesshome | 62 | ebay.com/usr/supercosmos8 |
| 63 | ebay.com/usr/zgy36829 | 64 | DISMISSED |
| 65 | wish.com/merchant/5538e8cabd460e0c35e5b765 | 66 | DISMISSED |
| 67 | DISMISSED | 68 | wish.com/merchant/56da6e2d3a9cb801ea74a27a |
| 69 | wish.com/merchant/59b78ee00ec30f279e4d03b2 | 70 | DISMISSED |
| 71 | DISMISSED | 72 | wish.com/merchant/595ce2ebb2f1334570a83093 |
| 73 | DISMISSED | 74 | DISMISSED |
| 75 | wish.com/merchant/58c211acc92c370f6ca80487 | 76 | DISMISSED |
| 77 | wish.com/merchant/5482cc3040b37826a602fb7e | 78 | DISMISSED |
| 79 | wish.com/merchant/584e62a856d7814eec3fe696 | 80 | DISMISSED |
| 81 | DISMISSED | 82 | wish.com/merchant/5aa1413fdb5f1f4cc9b33e61 |
| 83 | DISMISSED | 84 | wish.com/merchant/5d4f85e353229637ab31d9bb |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 85 | DISMISSED | 86 | wish.com/merchant/5847a906fef4092549e0ca42 |
| 87 | wish.com/merchant/5d52311d5b21606de067e933 | 88 | wish.com/merchant/5b175f0301287555ddc82285 |
| 89 | wish.com/merchant/573193ba33401b594e8cc638 | 90 | wish.com/merchant/5aa74e7ea6bf7a3f8ec568de |
| 91 | DISMISSED | 92 | wish.com/merchant/5714f5973a698c2a3fb48573 |
| 93 | DISMISSED | 94 | wish.com/merchant/5621df50c579ad1c27e9c47d |
| 95 | DISMISSED | 96 | wish.com/merchant/57dffd45458f971093c9438c |
| 97 | wish.com/merchant/599c42410415f8248b562324 | 98 | wish.com/merchant/573bdd9f9575d2596a4f1ee0 |
| 99 | wish.com/merchant/5b6be2b3dd0e3136b6b8acba | 100 | wish.com/merchant/5878779f83cdfa46051d1c78 |
| 101 | DISMISSED | 102 | DISMISSED |
| 103 | wish.com/merchant/5a7820361baafe5a503e4988 | 104 | wish.com/merchant/595dd1efd4cc3406b81cc665 |
| 105 | wish.com/merchant/5d51031e83889769fbe690fd | 106 | wish.com/merchant/5860bfea4b60fe4cdb32efd0 |